JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KELVIN OSWALDO TRUJILLO-HERNANDEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-03282-SP

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: September 21, 2026

SHERI PYM
United States Magistrate Judge